```
1   BENJAMIN B. WAGNER
    United States Attorney
2   BRIAN W. ENOS
    Assistant U.S. Attorney
3   YASHAR NILCHIAN
    Special Assistant U.S. Attorney
4   2500 Tulare Street, Suite 4401
    Fresno, California 93721
5   Telephone (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-cr-00263-SMS |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING; ORDER |
| v. | ) |
| | ) DATE: January 6, 2011 |
| CEASAR DOMINGO, | ) TIME: 10:00 a.m. |
| | ) COURT: TBA |
| Defendant. | ) |
| | ) [Class A Misdemeanor] |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Yashar Nilchian, Counsel for Plaintiff, and Assistant Federal Defender Samya Burney, Counsel for Defendant Ceasar Domingo, that the status conference currently set for Thursday, December 15, 2011, at 10:00 a.m., **may be continued to Thursday, January 6, 2012, at 10:00 a.m. before the duty Magistrate.**

This stipulation is proposed by both parties to allow for the government to obtain additional discovery and to allow for additional defense preparation. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance

shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: December 13, 2011     By    /s/ Yashar Nilchian
                                   YASHAR NILCHIAN
                                   Special Assistant U.S. Attorney


DANIEL J. BRODERICK
Federal Defender

(As authorized on 12/13/2011)

DATED: December 13, 2011     By    /s/ Samya Burney
                                   SAMYA BURNEY

**O R D E R**

IT IS SO ORDERED.

Dated: **December 14, 2011**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE