BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
ANDREW L. GRADMAN
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00263-SMS |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| CEASAR DOMINGO, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Andrew Gradman, Special Assistant United States Attorney, hereby moves to dismiss the Information filed on August 11, 2011, against Ceasar Domingo, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: January 18, 2012          BENJAMIN B. WAGNER
                                 United States Attorney


                          By : /s/ Andrew L. Gradman
                              ANDREW L. GRADMAN
                              Special Assistant U.S. Attorney

| | |
|---|---|
| 1 | <u>O R D E R</u> |
| 2 | IT IS HEREBY ORDERED that the Information filed on August 11, |
| 3 | 2011, against Ceasar Domingo, be dismissed in the interest of |
| 4 | justice. |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: __January 18, 2012__    /s/ **Barbara A. McAuliffe** |
| 7 | UNITED STATES MAGISTRATE JUDGE |